

# Fourth Court of Appeals
## San Antonio, Texas

November 24, 2021

No. 04-21-00450-CV

**INTEGRITY PAIN MANAGEMENT, PLLC** ('Cross-Appellee'),
Appellant

v.

**DAVIS & ASSOCIATES MEDICAL CONSULTANTS, LLC** ('Cross-Appellant'),
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-23848
Honorable Aaron Haas, Judge Presiding

# O R D E R

The clerk's record was due on November 17, 2021, but has not been filed. On November 18, 2021, the trial court clerk filed a notification of late record, notifying this court that the clerk's record has not been filed because appellant has failed to pay or make arrangements to pay the clerk's fee for preparing the record. It is therefore **ORDERED** that appellant provide written proof to this court within ten (10) days of the date of this order that either (1) the clerk's fee has been paid or arrangements have been made to pay the clerk's fee; or (2) appellant is entitled to appeal without paying the clerk's fee. It is further **ORDERED** that the clerk's record must be filed no later than ten (10) days after the date appellant's written proof is filed with this court. If appellant fails to respond within the time provided, this appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b).

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of November, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court